FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: SA 12-354-M
                Plaintiff, ) ORDER OF DETENTION
vs. )
Juan Carlos Diaz, Defendant. )

**I.**

A.  ( )  On motion of the Government in a case allegedly involving:

    1.  ( )  a crime of violence.

    2.  ( )  an offense with maximum sentence of life imprisonment or death.

    3.  ( )  a narcotics or controlled substance offense with maximum sentence of ten or more years.

    4.  ( )  any felony - where defendant convicted of two or more prior offenses described above.

    5.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

1  B.  (X)  On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

3      (X)  On the further allegation by the Government of:
4          1.  (X)  a serious risk that the defendant will flee.
5          2.  ( )  a serious risk that the defendant will:
6              a.  ( )  obstruct or attempt to obstruct justice.
7              b.  ( )  threaten, injure or intimidate a prospective witness or juror, or attempt to do so.
9  C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

14 A.  (X)  The Court finds that no condition or combination of conditions will reasonably assure:
16      1.  (X)  the appearance of the defendant as required.
17          ( )  and/or
18      2.  ( )  the safety of any person or the community.
19 B.  ( )  The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

24 A.  (X)  the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
28 B.  (X)  the weight of evidence against the defendant;

1  C.   (✘)   the history and characteristics of the defendant; and
2  D.   (✘)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.   (✘)   As to flight risk:
   _bail resources + background information unknown_
   _undocumented alien status_
   _use of more than one name/alias_
   _prior deportation_

B.   ( )   As to danger:

|   |   |   |
|---|---|---|
| 1 | | **VI.** |
| 2 | A. | ( )   The Court finds that a serious risk exists the defendant will: |
| 3 | |     1.   ( )   obstruct or attempt to obstruct justice. |
| 4 | |     2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror. |
| 5 | B. | The Court bases the foregoing finding(s) on the following: |
| 6 | | _____ |
| 7 | | _____ |
| 8 | | _____ |
| 9 | | |
| 10 | | **VII.** |
| 11 | A. | IT IS THEREFORE ORDERED that the defendant be detained prior to trial. |
| 12 | B. | IT IS FURTHER ORDERED that the defendant be committed to the custody of the |
| 13 | | Attorney General for confinement in a corrections facility separate, to the extent |
| 14 | | practicable, from persons awaiting or serving sentences or being held in custody |
| 15 | | pending appeal. |
| 16 | C. | IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity |
| 17 | | for private consultation with counsel. |
| 18 | D. | IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 19 | | request of any attorney for the Government, the person in charge of the corrections |
| 20 | | facility in which defendant is confined deliver the defendant to a United States |
| 21 | | marshal for the purpose of an appearance in connection with a court proceeding. |

DATED: 7/20/12

*/s/ Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE